UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In Re:<br>DAVID A KEMP<br>BRENDA K KEMP<br>**Debtor(s)** | Case No. 16-30510<br><br>Chapter Thirteen (13)<br><br>Judge Thomas H. Fulton |

### AGREED ORDER TO PAY SECURED CREDITOR AS TO PROPERTY COMMONLY KNOWN AS 6701 FERNHAVEN RD, LOUISVILLE, KY 40228-1208

This matter having come before the Court due to a failure to make post-petition payments to the secured creditor, Nationstar Mortgage LLC (hereinafter "Movant") according to the terms of loan documents relating to Real Property commonly known as 6701 Fernhaven Rd , Louisville, KY 40228-1208 (hereinafter "Property"), and based upon the agreement of the Movant and the Debtors that will permit the continuation of the automatic stay as it relates to this Property and the debt, and conditioned upon certain provisions incorporated herein,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Debtors are currently in an active Chapter 13 bankruptcy proceeding, and are in arrears on post-petition payment(s) to Movant for June 1, 2018 and subsequent months.

2. The total amount of the post-petition arrearage is $5,006.35. This post-petition arrearage amount consists of the following:

    i. $450.00 for attorney's fees incurred by Movant as a result of this post-petition default;
    ii. $181.00 in court costs incurred by Movant as a result of this post-petition default;
    iii. Post due for June 1, 2018 through October 1, 2018 at $894.70 each;
    iv. Suspense Balance of $98.15.

3. Debtors agree to cure the post-petition arrearage, and Movant agrees to accept cure pursuant to the following terms:
   a. Debtors will make a lump sum payment of $3,578.80 by October 31, 2018
   b. Debtor will make October 1, 2018 payment of $894.70 by October 15, 2018.
   c. Debtors will make all future monthly post-petition payments, starting with the November 1, 2018 payment, outside of the Plan and by certified funds, directly to Movant on time and in accordance with the terms set forth in the loan documents, including, if applicable, any escrow payment changes or other contractual adjustments of the payment amount.
   d. Movant shall file a Supplemental Proof of Claim for the attorney's fees and court cost in order to add to its Claim.
   c. The Debtors agrees that they shall immediately cause the plan to be amended to increase the amounts paid to the trustee by an amount sufficient to pay the post-petition arrearage and all other allowed claims paid through the plan from the debtor's ongoing plan payments due under the Plan.
4. Debtors agree that should they fail to make any future payments as called for under this agreement, or should any payments they make be reversed due to insufficient funds, they will be in default on this Agreed Order.
5. If Debtors are in Default under this Agreed Order, Movant, through its counsel, may send a Notice of Default to counsel for the Debtors advising them of the Default under the terms of this Agreed Order. The letter shall advise the Debtors that they have ten (10) days from the date of the letter to cure the Default.
6. If Debtors fail to cure the Default within the ten (10) day period. Movant's counsel may file a Certificate of Noncompliance with this Court. Upon filing of the Certificate, pursuant to 11 U.S.C. § 362, the stay that issued in this action shall be terminated, without further hearing, with respect to the Property and the Movant, its successors and assigns. In such event, Movant shall be permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its interest, to sell the collateral in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights to the Property.

7. Should the stay be terminated by the filing of a Certificate of Noncompliance, the stay shall remain terminated in the event the Debtor converts to a different chapter under the bankruptcy code.

**THIS IS A FINAL AND APPEALABLE ORDER**

**HAVE SEEN AND AGREE:**

Counsel for Movant

**Reimer Law Co.**

*Elizabeth McHargue*
Elizabeth McHargue, (KBA# 92134)
RL# C1800353
Reimer Law Co.
639 Washington Ave
Newport, KY 41071
Phone: 859-655-8460
Fax: 859-655-8461
Email: Bankruptcyky@reimerlaw.com

Counsel for Debtors

Marc Levy
440 South 7th Street #200
Louisville, KY 40203-1967
Phone: 502-583-5023
Email: bankruptcy@mhlevylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties, on this Oct 23, 2018         .

*Elizabeth McHargue*
_____
Elizabeth McHargue, (KBA# 92134)

**By Notice of Electronic Filing To:**

United States Trustee
Trustee
Debtor(s) Attorney

**By United States Mail To:**

DAVID A KEMP
BRENDA K KEMP
6701 FERNHAVEN ROAD
LOUISVILLE, KY 40228